Kauffman, Appellant, *v.* United Elevator Co., et al.

Argued March 22, 1976. *Allen L. Feingold,* with him *A. L. Feingold Associates,* for appellant; *John M. Alivernini,* with him *G. Wayne Renneisen,* and *Harvey, Pennington, Herting & Renneisen,* for appellees.

Order affirmed.

Kenia *v.* Wayne Stores, Inc., et al., Appellants.

Argued March 16, 1976. *Joseph J. Musto,* with him *John J. Aponick, Jr.,* for appellants; *John G. Swatkoski,* with him *Martin J. Meyer,* for appellee.

Judgment affirmed.

CERCONE, J., absent.